E D   APR 1 0 2001

**B 104**
**(Rev. 8/87)**   **ADVERSARY PROCEEDING COVER SHEET**
(Instructions on Reverse)

ADVERSARY PROCEEDING NUMBER
(Court Use Only)   01 00 5

| PLAINTIFFS | DEFENDANTS |
|---|---|
| John Howard Payne | Internal Revenue Service of the United States of America |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| S. Ira Miller<br>111 W. Washington St. Ste. 1631<br>Chicago, IL 60602<br>312 372-2215 | Mandee Rosler<br>U.S. Dept. of Justice<br>Civil Trial Section<br>Tax Division 555 Fourth St.NW.Wash.Dc<br>20001 |

**PARTY** (Check one box only)   ☐ 1 U.S. PLAINTIFF   ☒ 2 U.S. DEFENDANT   ☐ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Suit to declare the dischargeability of the obligations of the Debtor for taxes for the year 1986   Chapter7 of Title 11 and Title 26 Sec. 6020

## NATURE OF SUIT
(Check the one most appropriate box only.)

| | | |
|---|---|---|
| ☐ 454 To Recover Money or Property | ☐ 455 To revoke an order of confirmation of a Chap. 11 or Chap. 13 Plan | ☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action |
| ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property | ☒ 426 To determine the dischargeability of a debt 11 U.S.C. §523 | |
| ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property | ☐ 434 To obtain an injunction or other equitable relief | ☐ 459 To determine a claim or cause of action removed to a bankruptcy court |
| ☐ 424 To object or to revoke a discharge 11 U.S.C. §727 | ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan | ☐ 498 Other (specify) |

| **ORIGIN OF PROCEEDINGS** (Check one box only.) | ☒ 1 Original Proceeding | ☐ 2 Removed Proceeding | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|---|---|

| **DEMAND** | NEAREST THOUSAND $ | OTHER RELIEF SOUGHT | ☐ JURY DEMAND |
|---|---|---|---|

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>John Howard Payne | BANKRUPTCY CASE NO.<br>97 B 39766 / 339 / 7 / Cook |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District | DIVISIONAL OFFICE<br>Eastern | NAME OF JUDGE<br>Schmetterer |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

| **FILING FEE** (Check one box only.) | ☒ FEE ATTACHED | ☐ FEE NOT REQUIRED | ☐ FEE IS DEFERRED |
|---|---|---|---|

| DATE<br>4/10/01 | PRINT NAME<br>S. Ira Miller | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|