# United States Bankruptcy Court

## For the NORTHERN District of Illinois

In re

John Howard Payne                          Bankruptcy No. 97 B 39766

              Debtor.*

John Howard Payne                Plaintiff,

v.                                                    E O D    APR 13 2001

United States Of America        Defendant.    Adversary Proceeding No. 01 A 00342

## ALIAS
# SUMMONS

To the above-named defendant:

    You are hereby summoned and required to serve upon
plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is

either a motion or an answer to the complaint which is now served upon you. If you elect to respond
first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within
which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's
attorney (or upon plaintiff if plaintiff is not represented by counsel) within 30 days of the date of
issuance of this summons by the clerk except that the United States or an office or agency thereof
shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

    [If this summons and complaint is served in a foreign country] Service of your answer must be
made by the following date prescribed by the court:

    The motion or answer served by you must be filed with this court not later than the second
business day after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS,
JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY
THE COMPLAINT.

    YOU ARE HEREBY NOTIFIED THAT A STATUS HEARING HAS BEEN SET AT THE FOLLOW-
ING TIME AND PLACE:

HONORABLE JACK B SCHMETTERER
WEDNESDAY, MAY 23, 2001 at 10:30 a.m.
COURTROOM 682
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS  60604
[Seal of the U.S. Bankruptcy Court]

                                        WAYNE E. NELSON
                                        Clerk of Bankruptcy Court

Date of Issuance: 13 APR 2001          By: _____
                                              Deputy Clerk

*Include all names used by debtor within last six years